IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAITH DONCHEVA, *et al.*, : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. 19-CV-1039 |
| : | |
| CITIZENS BANK OF PENNSYLVANIA, : | |
| *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this 29th day of May, 2019, upon consideration of Plaintiff Faith Docheva's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), the Complaint (ECF No. 2), the Motion for Permanent Injunction (ECF No. 3), the two Memoranda (ECF Nos. 7 & 8), the Defendants' Motion to Dismiss and Opposition to Plaintiff's Request for Injunctive Relief (ECF No. 9), Doncheva's Notice to enter Injunction (ECF No. 10), Doncheva's Motion for Injunction (ECF No. 15), and Doncheva's Response (ECF No. 16), it is **ORDERED** that:

1. Plaintiffs "Metodi Donchev Estate," Anton and Rocitsa are **DISMISSED without prejudice** as parties to this case.

2. Plaintiff Faith Doncheva is **GRANTED** leave to proceed *in forma pauperis*.

3. The Complaint is **DEEMED** filed.

4. The Complaint is **DISMISSED** for the reasons discussed in the Court's Memorandum. Doncheva may not file an amended complaint in this case.

5. All outstanding Motions for injunctive relief filed by Doncheva either on behalf of herself or on behalf of all Plaintiffs are **DENIED**.

6. The Motion to Dismiss and Opposition to Plaintiff's Request for Injunctive Relief is **DENIED** because the Court dismissed this case *sua sponte* on screening prior to service.

7.  The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

_____
JOEL H. SLOMSKY, J.